# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CRIMINAL MINUTES - GENERAL

| | | | | |
|---|---|---|---|---|
| Case No. | **CR 95-0160-CBM** | | Date | JULY 22, 2022 |

| | |
|---|---|
| Present: The Honorable | CONSUELO B. MARSHALL UNITED STATES DISTRICT JUDGE PRESIDING |
| Interpreter | N/A |

| YOLANDA SKIPPER | NOT REPORTED | Bradley Edward Marrett (Not Present) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| **U.S.A. v. Defendant(s):** | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| PAUL GRAY | NOT | ✗ | | IN PRO SE | NOT | | |

**Proceedings:** **IN CHAMBERS- ORDER RE: SUPPLEMENT MOTION FOR COMPASSIONATE RELEASE [143]**

On September 9, 2020, Paul Gray filed a Motion/Request for permission to file a 18 U.S.C. § 3582 or 28 U.S.C. § 2241 motion. (Dkt. Nos. 133,134.) On September 18, 2020, the Court granted the Motion/Request for permission to file an 18 U.S.C. § 3582 or 28 U.S.C. § 2241 motion. (Dkt. No. 135.) However, no motion was filed until July 19, 2022 when Gray filed a "Supplement Motion for Compassionate Release." (Dkt. No. 143 (the "Motion").)

The Government shall file a response to the Motion **no later than August 15, 2022**.

Gray may file a reply re: the Motion **no later than September 6, 2022**.

IT IS SO ORDERED.

**CC: USPO; PTS**